UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sandra L. Miller,                                              Civil File No:  06CV468 (PAM/JJG)

        Plaintiff,

vs.

The Miner Group, Limited as Plan Administrator,
and United of Omaha Life Insurance Company, as
Claim Administrator of the Group Life and Group
Voluntary Term Life Benefits Plan,

        Defendants,

And

The Miner Group,

        Third Party Plaintiff,

vs.

Employers Association, Inc., and
Administration Resources Corporation,

        Third Party Defendants.

---

## ORDER FOR DISMISSAL

---

      IT IS ORDERED, in accordance with the Stipulation of Dismissal filed as Docket Number 54, that:

1. The settlement agreement and release attached Docket Number 56 is fair and reasonable and is hereby approved.

2. Any and all claims asserted by Plaintiff against Miner Group are hereby dismissed with prejudice and without costs or disbursements to any of the parties.

1

2

3. Any and all claims asserted by The Miner Group against Third-Party Defendant Employers Association, Inc. are hereby dismissed without prejudice and without costs or disbursements to any of the parties.

And,

4. Any and all claims asserted by the Miner Group against Co-Defendant United of Omaha Life Insurance Company are hereby dismissed without prejudice and without costs or disbursements to any of the parties.

Dated this ___12th___ day of ___June___, __2006__.

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of U.S. District Court
