# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sandra L. Miller,

            Plaintiff,                      Civil 06-468 (PAM/JJG)

v.

                                        **ORDER OF DISMISSAL**

The Miner group Limited, et al.,

            Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September  19  , 2006

                                            s/Paul A. Magnuson
                                            Paul A. Magnuson
                                            United States District Court Judge